# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BOSCO ALVAREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRENDA M. CASH, Warden,<br><br>　　　　Respondent. | Case No. CV 12-7494 RGK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1 | IT IS ORDERED that Judgment be entered denying the petition and
2 | dismissing this action with prejudice.

DATE: March 3, 2017

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE