# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BOSCO ALVAREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRENDA M. CASH, Warden,<br><br>　　　　Respondent. | Case No. CV 12-7494 RGK (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 3, 2017

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE